[Cite as *08/05/2003 Case Announcements,* 2003-Ohio-4115.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 5, 2003*

### MERIT DECISIONS WITHOUT OPINIONS

**2002–1505. Heiney v. The Hartford.**

Franklin App. No. 01AP–1100, 2002-Ohio-3718. This cause, here on appeal from the Court of Appeals for Franklin County, was considered in the manner prescribed by law. Upon consideration of appellant's motion for summary reversal,

IT IS ORDERED by the court that the motion for summary reversal be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this cause be remanded to the trial court to consider whether the insurer was prejudiced under *Ferrando v. Auto–Owners Mut. Ins. Co.,* 98 Ohio St.3d 186, 2002-Ohio-7217, 781 N.E.2d 927.

IT IS FURTHER ORDERED by the court that oral argument scheduled for September 16, 2003, be, and hereby is, cancelled.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

### MOTION AND PROCEDURAL RULINGS

**2000–1001. State v. Scott.**

Stark C.P. No. 1999CR1154. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Stark County. The name of Renee W. Green, n.k.a. Renee W. Turner, Attorney Registration No. 0042666, is listed as counsel for appellant in this case. Whereas Renee W. Green is not registered for active status as an attorney in this state pursuant to Gov.Bar R. VI, and as required by S.Ct.Prac. R. I(1),

IT IS ORDERED by the court, sua sponte, that the name of Renee W. Green be, and hereby is, stricken from this case and Renee W. Green shall not be permitted to participate further in this case.